IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN MOORE III,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1058

Opinion filed June 13, 2016.

An appeal from an order of the Circuit Court for Leon County.
John C. Cooper, Judge.

John Moore III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  This dismissal is without prejudice to appellant's right to seek review once a final order has been rendered.  Kendrick v. McNeil, 6 So. 3d 657, 658 (Fla. 1st DCA 2009).

ROWE, KELSEY, and JAY, JJ., CONCUR.